JEANNETTE HEMMENDINGER, RESPONDENT, v. LOUIS GITTER ET AL., APPELLANT.

Submitted October 31, 1930—Decided February 2, 1931.

For the respondent, *Harry Kaplan.*

For the appellant, *Aaron Levinstone.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMP-BELL, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.